# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL GUZMAN-FREGOSO,<br><br>　　　　Petitioner,<br>　　vs.<br>LINDA SANDERS, WARDEN,<br>　　　　Respondent.<br>_____ | Case No. CV 10-7809 JVS (MRW)<br><br>JUDGMENT |

　　Pursuant to this Court's Order,

　　IT IS ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATE: September 1, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JAMES V. SELNA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE