# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL GUZMAN-FREGOSO, <br> Petitioner, <br> vs. <br> LINDA SANDERS, WARDEN, <br> Respondent. | Case No. CV 10-7809 JVS (MRW) <br><br> JUDGMENT |

Pursuant to this Court's Order,

IT IS ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATE: September 1, 2011

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE